## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AVA RAMEY** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 07-cv-01391(CKK) |
| v. ) | |
| ) | |
| **UNITED STATES MARSHALS** ) | |
| **SERVICE**, *et al.* ) | |
| ) | |
| Defendant. ) | |
| ————————————————————) | |

### PLAINTIFF RAMEY'S MOTION TO ISSUE SUMMONS

COMES NOW Plaintiff Ava Ramey, by and through counsel, and respectfully moves this Court to order the Clerk of the Court to issue summons so that she may serve the Defendants immediately.  Plaintiff's case include a count under the False Claims Act ("FCA"),  31 U.S.C. §3730.  The Clerk of the Court treated Plaintiff's FCA claim as a *qui tam* claim brought under 31 U.S.C. § 3730(b), when instead Plaintiff brings a whistleblower retaliation claim under 31 U.S.C. § 3730(h).  The Clerk of the Court assumed that Plaintiff would be serving the complaint to the United States government and declined to issue the summons typically issued in civil complaints. Because Plaintiff brings no *qui tam* claim, summons should be issued and served on Defendants in accordance with Fed. R. Civ. P. 4(c).  Accordingly, Plaintiff requests that the Court order that summons be issued in the instant case.

The FCA mandates that plaintiffs follow special procedures when filing a *qui tam* action. 31 U.S.C. § 3730(b)(2).  When a plaintiff sues on behalf of the federal government in a *qui tam* action, the plaintiff must file the complaint under seal and serve only the United States government, allowing the United States a period of no less then sixty (60) days to review the case

and decide whether to intervene.  Id.  In such cases, no summons would be issued because the defendant is not served until the court orders it to be served.  Id.

However, when a plaintiff files a whistleblower retaliation case under Section 3730(h) of the FCA, those procedures do not apply.  United States, ex rel. James Pilon v. Martin Marietta Corp., 60 F.3d 995, 1000 (2d Cir. 1995).  Here, Plaintiff only brings a whistleblower retaliation claim under Section 3730(h); she brings no qui tam action under the FCA.  She did not file her complaint under seal and the claims contained in her complaint are not ones that the United States government needs to review to determine whether it properly should intervene.  On the contrary, Plaintiff has plead claims against the federal government making the federal government a proper defendant.  By this Motion, she seeks to serve the federal government as it is normally served when it is named the defendant in a law suit.

Accordingly, Plaintiff respectfully requests that this Court grant her Motion and order the Clerk of the Court to issue summons so that she may properly serve the Defendants named in this case.

Respectfully Submitted,


/s/
_____
Leslie Deak
Law Offices of Leslie Deak
1200 G Street, N.W.
Suite 800, No. 099
Washington, D.C.  20005
Tel.:    (512) 322-3911
Fax:    (512) 322-3910

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AVA RAMEY** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 07-cv-01391(CKK) |
| v. ) | |
| ) | |
| **UNITED STATES MARSHALS** ) | |
| **SERVICE**, *et al.* ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## ORDER

WHEREFORE, UPON CONSIDERATION of Plaintiff's Motion to Issue Summons and with good cause shown, it is on this date, the _____ of August, 2007, hereby

ORDERED that Plaintiff's Motion is GRANTED; and it is also

ORDERED that the Clerk of the Court will issue summons so that Defendants may be properly served in accordance with Fed. R. Civ. P. 4.


_____

Judge