UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AVA RAMEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. MARSHALS SERVICE, <u>et al.</u>, )<br>)<br>)<br>Defendants. )<br>) | Case No: 07-cv-01391 (CKK) |

**NOTICE OF APPEARANCE**

The Clerk of Court will please enter the appearance of Assistant United States Attorney John C. Truong as counsel of record for Defendants.

Dated: January 10, 2008          Respectfully submitted,


                                 _____/S/_____
                                 John C. Truong, D.C. Bar # 465901
                                 Assistant United States Attorney
                                 Judiciary Center Building
                                 555 Fourth Street, N.W.
                                 Washington, D.C. 20530
                                 (202) 307-0406
                                 (202) 514-8780 (fax)
                                 john.truong@usdoj.gov