UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AVA RAMEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civ. No. 07-1391 (CKK) |
| v. | ) | ECF |
| | ) | |
| U.S. MARSHALS SERVICE, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendants respectfully request an extension from February 11, 2008, to March 18, 2008, to respond to Plaintiff's Complaint. Pursuant to Local Rule 7(m), the parties conferred and Plaintiff consented to this Motion.

There is good cause for the Court to grant this Motion. Plaintiff's 56-paragraph Complaint alleges that Defendants violated the False Claim Act when Defendant caused her to be terminated due to her participation in union activities. Plaintiff also alleges that Defendant violated the Privacy Act for failure to keep accurate records pertaining to her.

Defendant is investigating and evaluating the merit of Plaintiff's allegations. Given the lengthy Complaint, that evaluation process is taking longer than anticipated. Additional time is also needed for Defendant to prepare an appropriate response at the end of that evaluation process.

For the foregoing reasons, the Court should grant the requested extension to March 18, 2008, for Defendant to respond to Plaintiff's Complaint.[1]

---

[1] The undersigned counsel normally only seeks a thirty-day extension of time; however, the undersigned counsel has a jury trial in Elion v. Jackson, No. 05-992 (PLF),

Dated: February 6, 2008.                    Respectfully Submitted,

    /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


    /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

    /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

---

beginning on March 3, 2008.  The extra week is to accommodate the trial schedule.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AVA RAMEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. MARSHALS SERVICE, ET AL., )<br>)<br>Defendants. )<br>_____) | Civ. No. 07-1391 (CKK)<br>ECF |

## ORDER

Upon consideration of Defendant's Consent Motion For An Extension of Time and the entire record herein, it is this _____ day of February, 2008,

ORDERED that Defendant's Consent Motion For An Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have until March 18, 2008, to respond to Plaintiff's Complaint.

SO ORDERED.

_____
U.S. District Judge