UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AVA RAMEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. MARSHALS SERVICE, ET AL., ) <br> ) <br> Defendants. ) <br> _____) | Civ. No. 07-1391 (CKK) <br> ECF |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendants respectfully request an extension from March 18, 2008, to March 25, 2008, to respond to Plaintiff's Complaint. Pursuant to Local Rule 7(m), the parties conferred and Plaintiff's counsel consented to this Motion.

There is good cause for the Court to grant this Motion. The need for additional time is necessitated primarily by the court's continuation of a jury trial in Elion v. Jackson, Civ. No. 05-992 (PLF). The Elion jury trial was scheduled for March 3 to 7, 2008. However, after initially continuing the trial for one day, on March 4, 2008, the court vacated the trial date and rescheduled the trial for April 1, 2008. The trial is now scheduled for April 1 to 8, 2008. On that same day, the court ordered that the plaintiff in Elion be allowed to conduct further deposition discovery.

The court's two orders in Elion substantially affected the undersigned counsel's schedule and hence the need for additional time to respond to Plaintiff's Complaint in this case. Specifically, the undersigned counsel had to devote time to preparing the witnesses and defending their depositions. Furthermore, the undersigned counsel is also devoting substantial time to trial preparation. Given these pressing obligations, the undersigned counsel needs

additional time to prepare a response to Plaintiff's lengthy Complaint for client and supervisory review prior to filing it with the Court.

For the foregoing reasons, the Court should grant the requested extension to March 25, 2008, for Defendant to respond to Plaintiff's Complaint.

Dated: March 14, 2008.              Respectfully Submitted,


   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AVA RAMEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civ. No. 07-1391 (CKK) |
| v. ) | ECF |
| ) | |
| U.S. MARSHALS SERVICE, ET AL., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

### ORDER

Upon consideration of Defendant's Consent Motion For An Extension of Time and the entire record herein, it is this _____ day of February, 2008,

ORDERED that Defendant's Consent Motion For An Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have until March 25, 2008, to respond to Plaintiff's Complaint.

SO ORDERED.

_____
U.S. District Judge