UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AVA RAMEY,

     Plaintiff,

     v.

UNITED STATES MARSHALS SERVICE,
*et al.*,

     Defendants.

Civil Action No. 07-1391 (CKK)

**ORDER**
(April 18, 2008)

The Complaint in this case was filed on July 31, 2007, and the Court issued an Order on October 15, 2007, granting Plaintiff's Motion to Issue Summons. *See* [4] Order at 1-2 (Oct. 15, 2007). Defendant United States Marshals Service submitted an Answer to the Complaint on March 25, 2008, but indicated that Plaintiff had not effected proper service of the Complaint on Defendant Ruth Hammond. *See* Def.'s Answer at 1 n.1. The Court notes that there is no service information reflected on the docket. Plaintiff's attention is directed to Federal Rule of Civil Procedure 4(m), which provides in pertinent part:

> If a defendant is not served within 120 days after the complaint is filed, the court–on motion or on its own after notice to the plaintiff–must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

In order to avoid the finality of a mandatory dismissal as to Defendant Ruth Hammond, it is hereby

**ORDERED** that by May 28, 2008, Plaintiff must either cause process to be served on

Defendant Ruth Hammond <u>and</u> proof of service to be filed with the Court, or file a status report with the Court that indicates why such service has not been made; and it is further

     **ORDERED** that, unless service was waived, Plaintiff shall cause proof of service as to the United States Marshals Service to be filed with the Court by May 28, 2008, in accordance with Fed. R. Civ. P. 4(l)(1).

     **SO ORDERED.**

Date: April 18, 2008

                           _/s/_____

                           COLLEEN KOLLAR-KOTELLY
                           United States District Judge