UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AVA RAMEY              ) | |
|                                         ) | |
|     Plaintiff,           ) | |
|                                         ) | Case No. 07-CV-1391 (CKK) |
| v.                                       ) | |
| U.S. MARSHALS SERVICE, *ET AL.*      ) | |
|     Defendant.        ) | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME
FOR PLAINTIFF TO FILE PROOF OF SERVICE**

COMES NOW Plaintiff Ava Ramey, by and through counsel, and respectfully requests an enlargement of time for Plaintiff to file proof of service on Defendant United States Marshals Service ("USMS" or "Defendant"). The Court has ordered Plaintiff to file the proof of service by May 28, 2008; she requests an enlargement of time of one week until June 4, 2008. Plaintiff has consulted with Defendant who has consented to this Motion.

Plaintiff served Defendant in a timely fashion via certified mail with return receipt. Defendant USMS has not asserted any delinquency or errors in the manner by which it was served with notice of this case. Due to the press of business, Plaintiff neglected to file the proof of service in a timely fashion. She apologizes to the Court for her failure to timely file the proof of service and any inconvenience it caused.

Plaintiff's counsel Leslie Deak commutes from Texas to the District of Columbia. Unfortunately, despite her best efforts, when she traveled to her office in the District of Columbia on May 20, 2008, she left the return-service card in her Texas office and has not been able to have it forwarded to her so that the proof of service could be timely filed. Attorney Deak is

scheduled to return to her Texas office on or about June 2, 2008, and expects to file the proof of service shortly thereafter.  Accordingly, she respectfully requests that the Court grant her Motion and allow her to file the proof of service on or before June 4, 2008.

    Respectfully Submitted,

    /s/
    _____
    Leslie Deak [PA0009]
    Law Offices of Leslie Deak
    1200 G Street, N.W.
    Suite 800, No. 099
    Washington, D.C.  20005
    Tel.:   (512) 322-3911
    Fax:   (512) 322-3910
    deaklaw@comcast.net

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served the attached document on the below-listed party on this date, the 28th of May, 2008, via electronic mail.

John C. Truong
Assistant U.S. Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
john.truong@usdoj.gov

/s/
_____
Leslie Deak

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AVA RAMEY**          )<br>                               )<br>    Plaintiff,            )<br>                               )   Case No. 07-CV-1391 (CKK)<br>v.                             )<br>                               )<br>**U.S. MARSHALS SERVICE, *ET AL.***  )<br>                               )<br>    Defendant.        )<br>_____) | |

## ORDER

WHEREFOR, UPON CONSIDERATION of Plaintiff's Motion for Enlargement of Time to File Proof of Service and with good cause shown and not opposition thereto, it is on this date, the ____ of May, 2008, hereby

ORDERED that Plaintiff's Motion is GRANTED; and it is also hereby

ORDERED that Plaintiff shall file proof of service on or before June 4, 2008.

_____
Judge