REFERRAL TO MAGISTRATE JUDGE

CATEGORY:  L

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 31:3729 False Claims Act | | | |
|---|---|---|---|---|
| CASE NO:<br>07cv1391 | DATE REFERRED:<br>May 29, 2008<br><br>DISPOSITION DATE: | PURPOSE:<br>Mediation | JUDGE:<br>Colleen Kollar-Kotelly | MAG. JUDGE<br>Alan Kay |
| PLAINTIFF(S):<br>AVA RAMEY | | DEFENDANT(S):<br>U.S. MARSHALS SERVICE | | |
| ENTRIES:<br>MEDIATION TO COMMENCE MAY 29, 2008 AND CONCLUDE BY AUGUST 6, 2008 | | | | |