UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AVA RAMEY** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 07-cv-01391(CKK) |
| v. ) | |
| ) | |
| **UNITED STATES MARSHALS** ) | |
| **SERVICE**, *et al.* ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**PROOF OF SERVICE**

COMES NOW Plaintiff Ava Ramey, by and through counsel, and pursuant to FED. R. CIV. P. 4(l) and LCvR 5.3, files this proof of service. Attached please find the declaration of the server and the evidence of service. Exhibit 1.

                                      Respectfully Submitted,

                                      /s/
                                     _____
                                     Leslie Deak
                                     Law Offices of Leslie Deak
                                     1200 G Street, N.W.
                                     Suite 800, No. 099
                                     Washington, D.C.  20005
                                     Tel.:   (512) 322-3911
                                     Fax:   (512) 322-3910

## **CERTIFICATE OF SERVICE**

I hereby certify that the attached Proof of Service was served on the following party on this date, the 4th of June, 2008, via electronic mail.

John Truong
Assistant U.S. Attorney
555 Fourth St. NW
Civil Division
Washington, DC 20530
Tel:  202-307-0406
Fax:  202-514-8780
john.truong@usdoj.gov

/s/
_____
Leslie Deak

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AVA RAMEY**<br><br>    Plaintiff,<br><br>v.<br><br>**UNITED STATES MARSHALS**<br>    **SERVICE,** *et al.*<br><br>    Defendant. | )<br>)<br>)<br>)   Case No. 07-cv-01391(CKK)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF LESLIE DEAK

I hereby swear that the following is true and accurate to the best of my knowledge, so sworn under penalty of perjury.

1. I am over eighteen (18) years of age and am an attorney licensed to practice in the District of Columbia.

2. I represent Plaintiff Ava Ramey in the above captioned case and am the attorney of record for Plaintiff. In my capacity representing Plaintiff, I effectuated service on Defendants.

3. I served Defendant United States Marshals Service ("USMS") by certified mail return receipt. USMS received service on November 30, 2007. The return receipt card is attached hereto as Attachment A.

4. In accordance with Fed. R. Civ. P. 4(I), I also served a copy of the complaint on the U.S. Attorney General and the U.S. Attorney for the District of Columbia. The U.S. Attorney General received service on December 3, 2007, and the return receipt card is attached hereto as Attachment B. The U.S. Attorney for the District of Columbia received service

on December 11, 2007, and the return receipt card is attached hereto as Attachment C.

So sworn on this date, the 4th of June, 2008.

_____
Leslie Deak

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Emily Daly_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>NOV 3 0 2007 |
| 1. Article Addressed to:<br><br>John Clark<br>Director<br>United States Marshals Service<br>Washington, D.C. 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☐ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 0810 0000 6226 8525 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

ATTACHMENT A

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  _Earnest Parker_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): DEC 0 3 2007  C. Date of Delivery |
| 1. Article Addressed to:<br><br>U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0810 0000 6225 9066 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**ATTACHMENT B**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Garrity Parks_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>DEC 1 1 2007 |
| 1. Article Addressed to:<br><br>U.S. Attorney for the District of Columbia<br>Civil Division<br>501 3rd Street, N.W.<br>Washington, D.C. 20001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 0810 0000 6225 9073 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**ATTACHMENT C**