**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| AVA RAMEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civ. No. 07-1391 (CKK) |
| v. | ) | ECF |
| | ) | |
| U.S. MARSHALS SERVICE, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(2), Defendants respectfully request an extension to July 31, 2008, to submit the parties' Joint Status Report. Pursuant to Local Rule 7(m), the parties conferred and Plaintiff consented to this Motion.

Defendant missed the deadline for filing the Joint Status Report due to excusable neglect. The Court's May 29, 2008 order requires the parties to file a Joint Status Report in this case by July 30, 2008. In that vein, the parties conferred on the Joint Status Report yesterday and Plaintiff's counsel even gave permission to Defendant to file the agreed-upon report on behalf of the parties. It was the undersigned counsel's responsibility to file the Joint Status Report with the Court. Unfortunately, the undersigned counsel was juggling several matters yesterday and inadvertently neglected to file the Joint Status Report before leaving the office last evening. Defendant's counsel regrets this oversight and requests that the Court allow one additional day make that filing. The Joint Status Report with this Motion.

For the foregoing reasons, the Court should allow Defendant to file the Joint Status

Report one day late.

Dated: July 31, 2008.                    Respectfully Submitted,


                                    /s/   Jeffrey A. Taylor
                                   JEFFREY A. TAYLOR, D.C. BAR # 498610
                                   United States Attorney


                                    /s/    Rudolph Contreras
                                   RUDOLPH CONTRERAS, D.C. BAR #434122
                                   Assistant United States Attorney

                                    /s/   John C. Truong
                                   JOHN C. TRUONG, D.C. BAR #465901
                                   Assistant United States Attorney
                                   555 Fourth Street, N.W.
                                   Washington, D.C.  20530
                                   (202) 307-0406

                                   Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| AVA RAMEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civ. No. 07-1391 (CKK) |
| v. | ) | ECF |
| | ) | |
| U.S. MARSHALS SERVICE, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**ORDER**

Upon consideration of Defendant's Consent Motion For An Extension of Time and the

entire record herein, it is this _____ day of _____, 2008,

ORDERED that Defendant's Consent Motion For An Extension of Time be and is hereby

GRANTED.

SO ORDERED.

_____
U.S. District Judge