# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AVA RAMEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civ. No. 07-1391 (CKK) |
| v. | ) | ECF |
| | ) | |
| U.S. MARSHALS SERVICE, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b)(2), Defendants respectfully request an extension to July 31, 2008, to submit the parties' Joint Status Report. Pursuant to Local Rule 7(m), the parties conferred and Plaintiff consented to this Motion.

Defendant missed the deadline for filing the Joint Status Report due to excusable neglect. The Court's May 29, 2008 order requires the parties to file a Joint Status Report in this case by July 30, 2008. In that vein, the parties conferred on the Joint Status Report yesterday and Plaintiff's counsel even gave permission to Defendant to file the agreed-upon report on behalf of the parties. It was the undersigned counsel's responsibility to file the Joint Status Report with the Court. Unfortunately, the undersigned counsel was juggling several matters yesterday and inadvertently neglected to file the Joint Status Report before leaving the office last evening. Defendant's counsel regrets this oversight and requests that the Court allow one additional day to make that filing. The Joint Status Report is being filed with this Motion.

    For the foregoing reasons, the Court should allow Defendant to file the Joint Status Report one day late.

Dated: July 31, 2008.                        Respectfully Submitted,

                                         /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

                                         /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

                                         /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AVA RAMEY, | ) |
| | ) |
| Plaintiff, | ) |
| | )  Civ. No. 07-1391 (CKK) |
| v. | )  ECF |
| | ) |
| U.S. MARSHALS SERVICE, ET AL., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## ORDER

Upon consideration of Defendant's Consent Motion For An Extension of Time and the entire record herein, it is this _____ day of ____, 2008,

ORDERED that Defendant's Consent Motion For An Extension of Time be and is hereby GRANTED.

SO ORDERED.

_____
U.S. District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AVA RAMEY,<br>    Plaintiff,<br><br>    v.<br><br>U.S. MARSHALS SERVICE, ET AL.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 07-CV-1391 (CKK)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Pursuant to the Court's May 29, 2008 Minute Order, the parties submit this Joint Status Report to apprise the Court of the status of this case.

**Settlement Effort**

The parties met with Magistrate Judge Kay on July 22, 2008, for more than two hours in an attempt resolve this case without further litigation. Although the parties made some progress at that settlement session, the parties are still far apart. The parties are still open to resuming settlement discussion after the close of discovery.

**Proposed Schedule**

The parties respectfully propose the following schedule governing discovery and the filing of dispositive motions in this case:

1. Fact Discovery closes on December 15, 2008. The parties shall have up to 10 depositions per side. The parties shall be limited to 25 interrogatories, including subparts, per side. The parties agree to waive Initial Disclosures.

2. Dispositive Motions shall be due on January 15, 2009; Oppositions are due on February 15, 2009, and Replies are due on March 1, 2009.

Respectfully Submitted,

Date: July 30, 2008.

_____//s/_____
Jeffrey A. Taylor (DC Bar. No. 498610)
United States Attorney

_____//s_____
Rudolph Contreras (DC Bar. No. 434122)
Assistant United States Attorney

_____//s//_____
John C. Truong (DC Bar. No. 465901)
Assistant United States Attorney
555 Fourth St. NW
Civil Division
Washington, DC 20530
Tel: 202-307-0406
Fax: 202-514-8780
john.truong@usdoj.gov

Counsel for the Defendant

//s// with permission
Leslie Deak
1200 G Street, N.W., Ste. 800
Washington, D.C.  20005
Deaklaw@comcast.net

Counsel for Plaintiff