UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AVA RAMEY,<br>    Plaintiff,<br><br>    v.<br><br>U.S. MARSHALS SERVICE, ET AL.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 07-CV-1391 (CKK)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Pursuant to the Court's May 29, 2008 Minute Order, the parties submit this Joint Status Report to apprise the Court of the status of this case.

**Settlement Effort**

The parties met with Magistrate Judge Kay on July 22, 2008, for more than two hours in an attempt resolve this case without further litigation. Although the parties made some progress at that settlement session, the parties are still far apart. The parties are still open to resuming settlement discussion after the close of discovery.

**Proposed Schedule**

The parties respectfully propose the following schedule governing discovery and the filing of dispositive motions in this case:

1. Fact Discovery closes on December 15, 2008. The parties shall have up to 10 depositions per side. The parties shall be limited to 25 interrogatories, including subparts, per side. The parties agree to waive Initial Disclosures.

2. Dispositive Motions shall be due on January 15, 2009; Oppositions are due on February 15, 2009, and Replies are due on March 1, 2009.

Respectfully Submitted,

Date: July 30, 2008.

_____//s/_____
Jeffrey A. Taylor (DC Bar. No. 498610)
United States Attorney

_____//s_____
Rudolph Contreras (DC Bar. No. 434122)
Assistant United States Attorney

_____//s//_____
John C. Truong (DC Bar. No. 465901)
Assistant United States Attorney
555 Fourth St. NW
Civil Division
Washington, DC 20530
Tel:  202-307-0406
Fax:  202-514-8780
john.truong@usdoj.gov

Counsel for the Defendant

//s// with permission
Leslie Deak
1200 G Street, N.W., Ste. 800
Washington, D.C.  20005
Deaklaw@comcast.net

Counsel for Plaintiff