UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AVA RAMEY**   )<br>   )<br>   Plaintiff,   )<br>   )<br>v.   )<br>   )<br>**UNITED STATES MARSHALS**   )<br>   **SERVICE,** *et al.*   )<br>   )<br>   Defendant.   )<br>_____ ) | Case No. 07-cv-01391(CKK) |

**PLAINTIFF'S RESPONSE TO THE COURT'S SHOW CAUSE ORDER**

COMES NOW Plaintiff Ava Ramey, by and through counsel, and files this Response to the Court's Order to show cause why Plaintiff's counsel should not be held in contempt for missing the August 6, 2008, status conference. Plaintiff's counsel Leslie Deak was, and still is, ill with the flue and was unable to attend the status conference.

Attorney Deak fell ill at work on Tuesday, August 5, 2008, with what she thought was strep throat. Not feeling well and trying to get home, Attorney Deak forgot to check her calendar for the next day. Attorney Deak was not able to go to work and went to the doctor's instead and was diagnosed with a flue-like viral infection. Attorney Deak has not been in her office for the remainder of this week.

Unfortunately, as a result of the illness, Attorney Deak simply forgot about her obligations to this Court and forgot about the status conference. Attorney Deak did not discover her mistake and the Court's show cause order until yesterday when she checked her e-mails. She sincerely apologizes to the Court and intended no disrespect by her absence. She also apologizes for the inconvenience she caused Defense counsel by her failure to make a timely appearance in

court.  Attorney Deak wants to assure the Court that she has never before missed a court date and will insure that it does not recur in the future.  She also wants to assure the Court that Plaintiff intends to fully and properly prosecute this case.

Accordingly, because Attorney Deak showed good cause for her absence, which was caused by her illness, she respectfully requests that the Court not hold her in contempt for her failure to appear at the August 6, 2008, status conference.

Respectfully Submitted,

/s/
_____
Leslie Deak
Law Offices of Leslie Deak
1200 G Street, N.W.
Suite 800, No. 099
Washington, D.C.  20005
Tel.:   (512) 322-3911
Fax:   (512) 322-3910

## CERTIFICATE OF SERVICE

I hereby certify that the attached Proof of Service was served on the following party on this date, the 8th of August, 2008, via electronic mail.

John Truong
Assistant U.S. Attorney
555 Fourth St. NW
Civil Division
Washington, DC 20530
Tel:  202-307-0406
Fax:  202-514-8780
john.truong@usdoj.gov

/s/
_____
Leslie Deak